```
Label Matrix for local noticing          501 W. Tenth Street                      Alliant Capital Management
0539-4                                   Fort Worth, TX 76102-3637                c/o Weinstein & Riley, PS
Case 24-41512-mxm13                                                               1415 WEstern Ave Suite 700
Northern District of Texas                                                        Seattle, WA 98101-2051
Ft. Worth
Wed May  1 15:34:17 CDT 2024

Arlington Code Enforsement               Attorney General                         Brackett & Ellis
City Tower                               Main Justice Bldg, Room 5111             100 Main St.
101 S. Mesquite St.                      10th & Constitution Ave., N.W.           Fort Worth, TX 76102-3008
Arlington, TX 76010-1117                 Washington, DC 20530-0001


City of Arlington Municipal Court        Colony Brands                            Conn's HomePlus
City Tower                               Attn: Bankruptcy 1112 7th Avenue         2445 Technology Forest Boulevard Buildin
101 S. Mesquite St.                      Monroe, WI 53566-1364                    The Woodlands, TX 77381-5263
Arlington, TX 76010-1117


Dr Leonard's/Carol Wright Gifts          IRS                                      Internal Revenue Service
240 Meadow Rd                            Special Procedures-Insolvency            PO Box 7346
Edison, NJ 08817-6011                    PO Box 7346                              Philadelphia, PA 19101-7346
                                         Philadelphia, PA 19101-7346


Kafene, Inc                              LGBS                                     LGBS-Dallas
Attn: Bankruptcy 115 W 27th Street       100 Throckmorton St # 300                2777 N Stemmons Fwy Suite 1000
New York, NY 10001-6217                  Fort Worth, TX 76102-2833                Dallas, TX 75207-2328


LVNV Funding                             Linebarger Goggan Blair & Sampson        Mason
c/o Resurgent Capital Services           2777 N Stemmons Freeway Suite 1000       c/o Creditors Bankruptcy Serv
PO Box 10587                             Dallas, TX 75207-2328                    PO Box 800849
Greenville, SC 29603-0587                                                         Dallas, TX 75380-0849


Massey's                                 Midland Credit Management, Inc.          Midnight Velvet
c/o Creditors Bankruptcy Serv            PO Box 2037                              Attn: Bankruptcy 1112 7th Avenue
PO Box 800849                            Warren, MI 48090-2037                    Monroe, WI 53566-1364
Dallas, TX 75380-0849


Montgomery Ward                          NPRTO Texas, LLC                         Norred Law, PLLC
c/o Creditors Bankruptcy Services        256 West Data Drive                      Norred Law, PLLC
PO Box 800849                            Draper, UT 84020-2315                    515 E. Border
Dallas, TX 75380-0849                                                             Arlington, TX 76010-7402


Perdue Brandon Fielder Collins and Mott LLP   Pope, Hardwicke, Christie, Schell, Kelly & T   Southside
500 E. Border #640                       500 West 7th St. Ste 600                 1201 S Beckham Ave
Arlington, TX 76010-7457                 Fort Worth, TX 76102-4995                Tyler, TX 75701-3320


Southside Bank                           (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  T Mobile
c/o Charles E. Lauffer, Jr.              REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   4515 N Santa Fe Ave
821 ESE Loop 323 Ste 530                 PO BOX 13528                             Oklahoma City, OK 73118-7901
Tyler, TX 75701-9779                     AUSTIN TX 78711-3528
```

TXU/Texas Energy
TXU/Bankruptcy
PO Box 650393
Dallas, TX 75265-0393

Tax Division-US Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6598

Texas Alcoholic Beverage Commission-Taxing A
5806 Mesa Dr.
Austin, TX 78731-3765

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Trust Credit Union
Attn: Bankruptcy
PO Box 2260
Mansfield, TX 76063-0047

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wendy Burgess Tarrant County Tax Assesso
100 E Weatherford
Fort Worth, TX 76196-0206

David Lyn Luttrell
2209 Pontiac Dr.
Arlington, TX 76013-1415

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42