Clayton L. Everett, TXBN: 24065212
NORRED LAW PLLC
515 E. Border Street | Arlington, Texas 76010
Telephone: 817-704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re David Lyn Luttrell,**<br>2209 Poniac Dr.<br>Arlington, TX 76013<br>SSN: xxx-xxx-4443<br>**Debtor** | Case No. 24-41512<br><br>Chapter 13 |

## DEBTOR'S DECLARATION CONCERNING TAX RETURN
(28 U.S.C. § 1746)

Pursuant to paragraph 21(e)(12) of General Order 2021-05 (and as the General Order may be amended) the Debtor makes the following declarations:

My name is David Lyn Luttrell, and I am the debtor in the above-captioned bankruptcy case. I declare the following statements are true:

I did not file a tax return for 2020, 2021, 2022, and 2023 ("applicable tax year") because my gross income was less than the filing requirement amount shown on IRS Form 9452 for the applicable tax year and no special situation or exception requiring a tax return applies to me.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

DATED: 5-1-2024

David Lyn Luttrell