Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas  76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
E-mail:   mtaplett@popehardwicke.com
Attorneys for SOUTHSIDE BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-41512 |
| DAVID LYN  LUTTRELL, | § | |
| | § | CHAPTER  13 |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, SOUTHSIDE BANK, a creditor and party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Matthew T. Taplett, Esq.
Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas  76102

_____
**NOTICE OF APPEARANCE**                                                                                                                **PAGE 1**

Date:  May 7, 2024                                    Respectfully submitted,

                POPE, HARDWICKE, CHRISTIE, SCHELL,
                 KELLY & TAPLETT, L.L.P.


                By:    */s/ Matthew T. Taplett*
                  Matthew T. Taplett
                  State Bar No. 24028026

                500 W. 7th Street, Suite 600
                Fort Worth, Texas  76102
                Telephone No. (817) 332-3245
                Facsimile No.  (817) 877-4781
                E-mail:  mtaplett@popehardwicke.com

                ATTORNEYS FOR SOUTHSIDE BANK


## CERTIFICATE OF SERVICE

   This is to certify that on this 7th day of May 2024, a true and correct copy of this document was served via the ECF system or by U.S. first class mail, postage prepaid, on the following:

U.S. Trustee's Office
1100 Commerce Street, Room 976
Dallas, TX 75202

Tim Truman, Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010


                By:   *s/Matthew T. Taplett*
                  Matthew T. Taplett

P:Southside\Lutrell\Bankrutpcy 2024.docx