IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 24-41512-MXM |
| § | | |
| **DAVID LYN LUTTRELL, xxx-xx-4443** § | | Chapter 13 |
| **2209 PONTIAC DR** § | | |
| **ARLINGTON, TX  76013** § | | **Court Hearing: Thursday, July 18, 2024 at 8:30 AM** |
| § | | |
| Debtor § | | |

# NOTICE OF
# DEADLINE FOR OBJECTION TO CONFIRMATION

**June 25, 2024** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about May 01, 2024.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

## CONFIRMATION HEARING

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, July 18, 2024** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before June 04, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT, 500 W 7TH ST STE 600, FORT WORTH, TX  76102
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

Case 24-41512-mxm13    Doc 16    Filed 06/03/24    Entered 06/03/24 16:13:31    Desc
Page 2 of 2

Case No. 24-41512-MXM                                                                                          DAVID LYN LUTTRELL
Notice of Deadline for Objection to Confirmation and Confirmation Hearing                                      Page 2 of 2

**BY FIRST CLASS MAIL:**

ALLIANT CAPITAL MANAGEMENT,  C/O WEINSTEIN & RILEY,  1415 WESTERN AVE #700,  SEATTLE, WA  98101-0000
ARLINGTON CODE ENFORCEMENT,  101 S MESQUITE ST,  ARLINGTON, TX  76010
ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711
BRACKETT & ELLIS,  100 MAIN ST,  FT WORTH, TX  76102
CITY OF ARLINGTON MUNICIPAL COURT,  101 S MESQUITE ST,  ARLINGTON, TX  76010
COLONY BRANDS,  1112 7TH AVE,  MONROE, WI  53566
CONNS HOMEPLUS,  2445 TECHNOLOGY FOREST BLVD BLDG 4 #800,  THE WOODLANDS, TX  77381-0000
DAVID LYN LUTTRELL,  2209 PONTIAC DR,  ARLINGTON, TX  76013-0000
DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD #400,  DALLAS, TX  75201-0000
DR LEONARDS CAROL WRIGHT GIFTS,  240 MEADOW RD,  EDISON, NJ  08817
INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101
KAFENE INC,  115 W 27TH ST,  NEW YORK, NY  10001
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY #1000,  DALLAS, TX  75207-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
MASON,  C/O CREDITORS BANKRUPTCY SERVICE,  PO BOX 800849,  DALLAS, TX  75380-0000
MASSEYS,  C/O CREDITORS BANKRUPTCY SERVICE,  PO BOX 800849,  DALLAS, TX  75380-0000
MIDLAND CREDIT MANAGEMENT,  PO BOX 2037,  WARREN, MI  48090-0000
MIDNIGHT VELVET,  1112 7TH AVE,  MONROE, WI  53566
MONTGOMERY WARD,  C/O CREDITORS BANKRUPTCY SERVICE,  PO BOX 800849,  DALLAS, TX  75380-0000
NPRTO TEXAS,  256 W DATA DR,  DRAPER, UT  84020-0000
PERDUE BRANDON FIELDER COLLINS AND MOTT,  500 E BORDER ST #640,  ARLINGTON, TX  76010-0000
POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT,  500 W 7TH ST STE 600,  FORT WORTH, TX  76102-0000
SOUTHSIDE BANK,  1201 S BECKHAM AVE,  TYLER, TX  75701-0000
SOUTHSIDE BANK,  C/O CHARLES E LAUFFER JR,  821 ESE LOOP 323 STE 530,  TYLER, TX  75701-0000
T MOBILE/TMOBILE USA,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS HEALTH RESOURCES,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
TEXAS HEALTH RESOURCES,  PO BOX 4457,  HOUSTON, TX  77210-0000
TEXAS TRUST CREDIT UNION,  PO BOX 2260,  MANSFIELD, TX  76063-0000
TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000
TXU ENERGY,  PO BOX 650393,  DALLAS, TX  75265-0000
UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242
US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530
US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000
WENDY BURGESS TAX ASSESSOR/COLLECTOR,  100 E WEATHERFORD ST,  FT WORTH, TX  76196