**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 24-41512-MXM |
| | § | Chapter 13 |
| **DAVID LYN LUTTRELL** | § | Hearing Date: March 20, 2025   8:30 am |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "Notice of Intent to Dismiss" matter has been continued from February 20 , 2025, 8:30 am to a court hearing on **March 20, 2025,  8:30 am** to be held **at the United States Bankruptcy Court, 501 W. 10th Street, Room 128, Fort Worth, TX  76102.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before February 21 , 2025.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**
DAVID LYN LUTTRELL,  2209 PONTIAC DR,  ARLINGTON, TX  76013-0000
**ELECTRONIC SERVICE:**
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT, 500 W 7TH ST STE 600, FORT WORTH, TX  76102
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242