**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO:  24-41512-MXM** |
| § | | |
| **DAVID LYN LUTTRELL** § | | |
| § | | **CHAPTER 13** |
| § | | |
| **Debtor** § | | **JUDGE MARK X MULLIN** |

### NOTICE OF WITHDRAWAL OF
### TRUSTEE'S MOTION TO DISMISS
### (Insufficient Plan)

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee, hereby **WITHDRAWS** his "Motion to Dismiss (Insufficient Plan)" filed on or about January 16, 2025.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Withdrawal of Trustee's Motion to Dismiss" was served on the parties listed below in the manner listed below on or before March 21, 2025.

**BY FIRST CLASS MAIL:**
DAVID LYN LUTTRELL,  2209 PONTIAC DR,  ARLINGTON, TX  76013-0000
**ELECTRONIC SERVICE:**
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT, 500 W 7TH ST STE 600, FORT WORTH, TX  76102
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

    Respectfully submitted,

    By: /s/ Tim Truman

Tim Truman
Standing Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500