**Pam Bassel**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **Case No.:  24-41512-MXM** |
| | § | **Chapter 13** |
| **DAVID LYN LUTTRELL** | § | **Hearing Date:  July 16, 2026   8:30 am** |
| | § | |
| | § | |
|     **Debtor** | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "Notice of Intent to Dismiss" matter has been continued from June 18 , 2026,  8:30 am to a court hearing on  **July 16, 2026,  8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 128, Fort Worth, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Mullin,  Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before June 22 , 2026.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
State Bar No.  01344800
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**

DAVID LYN LUTTRELL,  2209 PONTIAC DR,  ARLINGTON, TX  76013-0000

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT, 500 W 7TH ST STE 600, FORT WORTH, TX  76102

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242