**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:                                                   Case No. 24-41512-MXM
 DAVID LYN LUTTRELL

                                                         Chapter 13

              Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Tim Truman, former Chapter 13 Standing Trustee for the period from the petition date through
June 04, 2026, and Pam Bassel (NRH), successor Chapter 13 Standing Trustee for the
above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C.
§1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $42,465.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$42,465.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,503.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,230.16 | |
| Other | $163.34 | |
| Secured Creditors | $34,563.50 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$42,460.00** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$5.00** |

Dated: 06/29/2026

/s/ Tim Truman                                           /s/ Pam Bassel (NRH)
Former Chapter 13 Standing Trustee                       Successor Chapter 13 Standing Trustee
6851 N.E. Loop 820, #300                                 6851 N.E. Loop 820, #300
North Richland Hills, TX 76180                           North Richland Hills, TX 76180

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the Chapter 13  Standing Trustees' FRBP 2012 Report Accounting of Prior Administration of Case  filed in this case was served via FIRST CLASS MAIL, POSTAGE PREPAID on:

DAVID LYN LUTTRELL, 2209 PONTIAC DR, ARLINGTON, TX  76013


and electronically on:

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

on the 29th day of June, 2026.


/s/ Pam Bassel (NRH)

Pam Bassel (NRH), Chapter 13 Standing Trustee