## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

**In RE:**

DAVID LYN LUTTRELL

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 2

**Case Number:** 24-41512

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Texas Health Resources**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

### PAYMENT ADDRESS

FROM:

Texas Health Resources by American InfoSource as agent as assignee of Texas Health Arlington Memorial

PO Box 4457

Houston, TX 77210-4457

TO:

Texas Health Resources by American InfoSource as agent as assignee of Texas Health Arlington Memorial

PO Box 661380

Dallas,TX 75266-1380

Date:  08/13/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Texas Health Resources

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**In RE:**

          **Chapter:**   13

   DAVID LYN LUTTRELL        **Case Number:** 24-41512

**Debtor(s)**

**Certificate of Service**

I certify that on 08/13/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
CLAYTON EVERETT
CLAYTON@NORREDLAW.COM

Trustee
PAM BASSEL
341docs@ch13ftw.com

/s/ Samir Vaghela

_____

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com