B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re David Lyn Luttrell  
    Debtor

Case No. 24-41512

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Southside Bank

Court claim no. (if known): 12

Last four digits of any number you use to identify the debtor's account: 9 5 4 2

Date of payment change: 5/1/2025  
Must be at least 21 days after date of this notice     mm/dd/yyyy

New total payment: $ 518.43  
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No  
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 294.93      New escrow payment: $ 518.43

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No  
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%      New interest rate: _____%

Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No  
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)                                                                                               Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.    ☑ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X *Andrea Hilburn*                                          Date  03/28/2025
Signature                                                          mm/dd/yyyy

Print:    Andrea Hilburn                                    Title  Bankruptcy Manager
          First Name    Middle Name    Last Name

Company   Soutside Bank

Address   1201 S. Beckham Avenue
          Number      Street
          Tyler, Texas 75701
          City                    State    ZIP Code

Contact phone  (903) 594-7606                              Email  andrea.hilburn@southside.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-41512 |
| DAVID LYN LUTTRELL, | § | |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

## ADDENDUM TO NOTICE OF MORTGAGE PAYMENT CHANGE

The Order Confirming the Debtor's Chapter 13 Plan [Docket No. 42] requires Debtor to provide a monthly Homestead Escrow payment to Southside Bank in the projected amount of $294.93. This Notice is filed to notify the Debtor, the Chapter 13 Trustee, the Court, and all other parties-in-interest that the projected escrow payment will increase beginning with the payment due May 1, 2025. This payment is separate and apart from, and in addition to, the payment of the principal and accrued interest being paid through the Chapter 13 Trustee's Office pursuant to the terms of the confirmed Chapter 13 Plan.

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of March, 2025, a true and correct copy of this document was served via the ECF system or by U.S. first class mail, postage prepaid, on the following:

U.S. Trustee's Office
1100 Commerce Street, Room 976
Dallas, TX 75202

David Lyn Luttrell
2209 Pontiac Dr.
Arlington, TX 76013

Tim Truman, Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010

By: /s/ Matthew T. Taplett
Matthew T. Taplett

```
Southside Bank                                              Page      1
PO BOX 150099                                               Date:  3/03/25
FORT WORTH TX  76108
                                                            Account #   
```

DAVID LYN LUTTRELL
2209 PONTIAC DRIVE
ARLINGTON TX 76013-1415

```
                    Annual Escrow Account Disclosure Statement
                        New Monthly Payment Amount:         1,710.64
                        New Payment Effective Date:          5/01/25

    Payment Information    Current Payment    New Payment
    Principal/Interest        1,192.21         1,192.21
    Escrow Payment              294.93           518.43
    Total Payment             1,487.14         1,710.64
```

(518.43 is circled)

```
                           Projections for the Coming Year
     This is an estimate of activity in your escrow account during the coming year
     based on payments anticipated to be made from your account.

              Payments to       Payments from                      Projected Escrow
Month         Escrow Account    Escrow Account    Description      Account Balance
Starting Balance: .............................................    1,759.66-
May 2025        518.43             0.00                             1,241.23-
Jun 2025        518.43             0.00                               722.80-
Jul 2025        518.43             0.00                               204.37-
Aug 2025        518.43             0.00                               314.06
Sep 2025        518.43             0.00                               832.49
Oct 2025        518.43             0.00                             1,350.92
Nov 2025        518.43             0.00                             1,869.35
Dec 2025        518.43           467.17          County Taxes       1,920.61
Jan 2026        518.43             0.00                             2,439.04
Feb 2026        518.43             0.00                             2,957.47
Mar 2026        518.43             0.00                             3,475.90
Apr 2026        518.43         3,357.00          Hazard Insurance     637.33
   TOTALS:    6,221.16         3,824.17
```

Your projected current escrow balance is $1,759.66-. Your projected
starting escrow balance according to this analysis should be $637.37.
This means you have a shortage of $637.37. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days.
We have decided to collect the shortage over 12 months.
This means you have a deficiency of $1,759.66. This deficiency may be
collected from you over a period of 2 months or more unless the deficiency is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days.
We have decided to collect it over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

```
                    Escrow Shortage/Deficiency Coupon

DAVID LYN LUTTRELL                              Account #
2209 PONTIAC DRIVE
ARLINGTON TX 76013-1415       New Payment if Shortage/Deficiency Paid:
                                                              1,510.89

                                              Amount Due:    2,397.03

                                          Amount Enclosed:  _____


       Southside Bank
       PO BOX 150099
       FT WORTH TX  76108
```

Southstar
PO BOX 150099
FORT WORTH TX  76108

Date 3/03/25
Account #

DAVID LYN LUTTRELL
2209 PONTIAC DRIVE
ARLINGTON TX 76013-1415

This is a statement of actual activity in your escrow account from May 1, 2023 to April 30, 2025.

Your monthly mortgage payment for the past year was 1,487.14 of which 1,192.21 was for principal and interest and 294.93 went into your escrow account.

## Escrow Transaction History

| Description | Actual Payments | Projected Payments | Increase/Decrease |
|---|---|---|---|
| Escrow | 635.86 | 3,539.16 | 2,903.30- |

| Month | Projected Payments to Escrow Account | Actual Payments to Escrow Account | Projected Payments Frm Escrow Account | Actual Payments Frm Escrow Balance | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | 545.82 | 1,017.90- |
| May 2023 | 294.93 | .00 * | .00 | .00 | | 840.75 | 1,017.90- |
| Jun 2023 | 294.93 | 317.93 * | .00 | .00 | | 1,135.68 | 699.97- |
| Jul 2023 | 294.93 | .00 * | .00 | .00 | | 1,430.61 | 699.97- |
| Aug 2023 | 294.93 | .00 * | .00 | .00 | | 1,725.54 | 699.97- |
| Sep 2023 | 294.93 | .00 * | .00 | .00 | | 2,020.47 | 699.97- |
| Oct 2023 | 294.93 | .00 * | .00 | .00 | | 2,315.40 | 699.97- |
| Nov 2023 | 294.93 | 317.93 * | .00 | .00 | | 2,610.33 | 382.04- |
| Dec 2023 | 294.93 | .00 * | 945.95 | .00 | County Taxes | 1,959.31 | 382.04- |
| Dec 2023 | | .00 | .00 | 496.63 * | County Taxes | 1,959.31 | 878.67- |
| Jan 2024 | 294.93 | .00 * | .00 | .00 | | 2,254.24 | 878.67- |
| Feb 2024 | 294.93 | .00 * | .00 | .00 | | 2,549.17 | 878.67- |
| Mar 2024 | 294.93 | .00 * | .00 | .00 | | 2,844.10 | 878.67- |
| Apr 2024 | 294.93 | .00 * | 2,560.00 | .00 | Hazard Insurance | 579.03 | 878.67- |
| Apr 2024 | | .00 | .00 | 3,357.00 * | Hazard Insurance | 579.03 | 4,235.67- |
| May 2024 | | .00 | | .00 | | | 4,235.67- |
| Jun 2024 | | .00 | | .00 | | | 4,235.67- |
| Jul 2024 | | .00 | | .00 | | | 4,235.67- |
| Aug 2024 | | .00 | | .00 | | | 4,235.67- |
| Sep 2024 | | 4,871.53 * | | .00 | | | 635.86 |
| Oct 2024 | | 294.93 | | 317.93 * | Pymt Reversal | | 612.86 |
| Oct 2024 | | .00 | | 317.93 * | Pymt Reversal | | 294.93 |
| Nov 2024 | | 294.93 | | .00 | | | 589.86 |
| Dec 2024 | | 294.93 | | 467.17 * | County Taxes | | 417.62 |
| Jan 2025 | | .00 | | .00 | | | 417.62 |
| Feb 2025 | | 589.86 * | | .00 | | | 1,007.48 |
| Mar 2025 | | 294.93 | | .00 | | | 1,302.41 |
| Apr 2025 | | 294.93 | | 3,357.00 | Hazard Insurance | | 1,759.66- |
| Totals: | 3,539.16 | 7,571.90 | 3,505.95 | 8,313.66 | | | |

An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.

Last year, we anticipated that payments from your account would be made during this period equaling $3,505.95. Under Federal law, your lowest monthly balance should not have exceeded $584.33 or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not have exceeded $584.32.

Southstar
PO BOX 150099
FORT WORTH TX   76108

Date    3/03/25
Account #

DAVID LYN LUTTRELL
2209 PONTIAC DRIVE
ARLINGTON TX 76013-1415

## History of Actual Transactions to Your Loan

Below is a history of the actual transactions to your loan account for the last 12 months.  It may not match the projections because those were only estimates.

### Account History

| Paid Date | Description | Principal | Interest | Escrow | Late Charge | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Starting Balance | | | | | 45,491.99 | 878.67- |
| 3/25/24 | Legal Fee - | 0.00 | .00 | .00 | .00 | 45,491.99 | 878.67- |
| 4/15/24 | Legal Fee - | 0.00 | .00 | .00 | .00 | 45,491.99 | 878.67- |
| 4/16/24 | Decrease es | 0.00 | .00 | 3,357.00 | .00 | 45,491.99 | 4,235.67- |
| 6/05/24 | Assess Lega | 0.00 | .00 | .00 | .00 | 45,491.99 | 4,235.67- |
| 9/30/24 | RE Taxes Pa | 0.00 | .00 | .00 | .00 | 45,491.99 | 4,235.67- |
| 9/30/24 | Increase Es | 0.00 | .00 | 4,235.67 | .00 | 45,491.99 | .00 |
| 9/30/24 | Payment | 0.00 | 1,652.14 | 635.86 | .00 | 45,491.99 | 635.86 |
| 10/01/24 | Interest Pa | 0.00 | 826.07 | .00 | .00 | 45,491.99 | 635.86 |
| 10/01/24 | Interest Pa | 0.00 | 826.07 | .00 | .00 | 45,491.99 | 635.86 |
| 10/01/24 | Decrease es | 0.00 | .00 | 317.93 | .00 | 45,491.99 | 317.93 |
| 10/01/24 | Decrease es | 0.00 | .00 | 317.93 | .00 | 45,491.99 | .00 |
| 10/02/24 | Payment | 0.00 | 1,192.21 | 294.93 | .00 | 45,491.99 | 294.93 |
| 10/02/24 | Principal P | 1,646.43 | .00 | .00 | .00 | 43,845.56 | 294.93 |
| 10/03/24 | Principal P | 129.12 | .00 | .00 | .00 | 43,716.44 | 294.93 |
| 11/27/24 | Payment | 0.00 | 1,192.21 | 294.93 | .00 | 43,716.44 | 589.86 |
| 11/27/24 | Legal Fee - | 0.00 | .00 | .00 | .00 | 43,716.44 | 589.86 |
| 11/27/24 | Legal Fee - | 0.00 | .00 | .00 | .00 | 43,716.44 | 589.86 |
| 12/11/24 | Decrease es | 0.00 | .00 | 467.17 | .00 | 43,716.44 | 122.69 |
| 12/31/24 | Payment | 0.00 | 1,192.21 | 294.93 | .00 | 43,716.44 | 417.62 |
| 2/28/25 | Payment | 0.00 | 2,384.42 | 589.86 | .00 | 43,716.44 | 1,007.48 |
| | Ending Balance | | | | | 43,716.44 | 1,007.48 |

If you have any questions concerning your loan or this notice, Please contact:
Mortgage Servicing
(877) 639-3511

## Important Information – Please Read

## 2025 Escrow Analysis

Dear Homeowner,

Enclosed is your Annual Escrow Account Disclosure Statement (Escrow Analysis) for your mortgage loan with Southside Bank. This statement may reflect a surplus or a shortage in your escrow account.

Southside Bank is required to conduct an escrow account analysis for your mortgage each year to determine your monthly escrow account payments for the next year. This analysis is prepared in March 2025, with an effective **payment change date of May 2025.**

Please note your payment may change due to an increase or a decrease in your property taxes and/or homeowner's insurance.

A shortage in your escrow account will result in an increase in your monthly mortgage payment. The shortage will be collected over a 12-month period. However, if your shortage is over $100.00 and you prefer to pay your shortage in full, please indicate on your check "escrow shortage," include your loan number and forward in the envelope provided to:

Southside Bank
Attn: Escrow Shortage
P.O. Box 150099
Fort Worth, TX 76108

**Shortage payments must be received no later than April 15, 2025. If you prefer to speak with someone about your shortage, please contact us at 903.531.7111 or toll-free 1.877.639.3511.**

If you have a surplus over $50.00 the Real Estate Settlement Procedure Act (RESPA) regulation requires the bank to send a refund check. The refund check will be mailed within 30 days from the date of the escrow analysis.

If your mortgage payment is set up on an automatic debit from your account with Southside Bank, we will process the necessary changes. **If your payment is automatically debited from another financial institution, please notify the other institution of the new payment amount.**

We appreciate the opportunity to be of service to you.

To notify us of an error or request information about the servicing of your mortgage loan, you must write us at the following address: Southside Bank, ATTN: Servicing Errors & Request for Information, P.O. Box 150099, Fort Worth, TX 76108-0099. Please include your name, account number and a description of the error or information you are requesting.

Thank You,

Southside Mortgage Servicing

*Version en Espanol al reverso de esta pagina.

Southside Bank
PO BOX 150099
FORT WORTH TX  76108

Document Date: 3/03/25
Account #: [redacted]

DAVID LYN LUTTRELL
2209 PONTIAC DRIVE
ARLINGTON TX 76013-1415

New Payment Amount:  1,710.64
This escrow analysis will explain how we came up with your new payment amount.
It shows what your P & I portion is and what we are projecting your new escrow
payment amount will be. Your escrow payment is determined by what your balance
is now versus what your projected disbursement will be for taxes and insurance.

Contact us:
If you have any questions regarding this statement or would like to discuss any
of our other products you may call us at (877) 639-3511.